1  LERACH COUGHLIN STOIA GELLER
      RUDMAN & ROBBINS LLP
2  SHAWN A. WILLIAMS (213113)
   MONIQUE C. WINKLER (213031)
3  AELISH M. BAIG (201279)
   100 Pine Street, Suite 2600
4  San Francisco, CA  94111
   Telephone: 415/288-4545
5  415/288-4534 (fax)
   shawnw@lerachlaw.com
6  moniquew@lerachlaw.com
   abaig@lerachlaw.com
7       – and –
   TRAVIS E. DOWNS III (148274)
8  BENNY C. GOODMAN III (211302)          THE WEISER LAW FIRM, P.C.
   MARY LYNNE CALKINS (212171)            ROBERT B. WEISER
9  655 West Broadway, Suite 1900          BRETT D. STECKER
   San Diego, CA  92101                   121 N. Wayne Avenue, Suite 100
10 Telephone: 619-231-1058                Wayne, PA  19087
   619/231-7423 (fax)                     Telephone:  610/225-2677
11 travisd@lerachlaw.com                  610/225-2678 (fax)
   bennyg@lerachlaw.com                   rw@weiserlawfirm.com
12 mcalkins@lerachlaw.com                 bs@weiserlawfirm.com

13 Co-Lead Counsel for Plaintiffs

14 [Additional counsel appear on signature page.]

15                 UNITED STATES DISTRICT COURT

16                 NORTHERN DISTRICT OF CALIFORNIA

17 In re ASYST TECHNOLOGIES, INC.        )  No. C-06-04669-EDL
   DERIVATIVE LITIGATION                 )
18                                       )  STIPULATION AND [PROPOSED] ORDER
                                         )  CONTINUING JUNE 26, 2007 CASE
19 This Document Relates To:             )  MANAGEMENT CONFERENCE
                                         )
20     ALL ACTIONS.                      )
                                         )

21

22

23

24

25

26

27

28

1   This Stipulation is entered into by and among plaintiffs and nominal defendant Asyst
2   Technologies, Inc. ("Asyst") and defendants Stephen S. Schwartz, Robert J. Nikl, Anthony C.
3   Bonora, Stanley J. Grubel, Tsuyoshi Kawanishi, Robert A. McNamara, Anthony E. Santelli, William
4   Simon, Walter W. Wilson, James E. Springgate, Mihir Parikh, Ashok K. Sinha, P. Jackson Bell,
5   Warren C. Kocmond, Jr. and Steve Debenham (collectively, "defendants"), through their attorneys
6   of record.
7   WHEREAS, on April 12, 2007, the Court entered an order that withdrew, without prejudice,
8   defendants' February 16, 2007 Motions to Dismiss to allow the parties time to discuss potential early
9   resolution of this action; and
10  WHEREAS, the parties believe that a continuance of the June 26, 2007 Case Management
11  Conference will allow the parties necessary additional time to discuss resolution and avoid potential
12  wasting of the resources of both the parties and the Court.
13  THEREFORE, the undersigned parties stipulate as follows:
14  1.   The June 26, 2007 Case Management Conference should be continued to August 27,
15  2007, at 10:00 a.m., or such date and time as ordered by the Court.
16  IT IS SO STIPULATED.

17  DATED: June 8, 2007                    LERACH COUGHLIN STOIA GELLER
                                             RUDMAN & ROBBINS LLP
18                                         SHAWN A. WILLIAMS
                                           MONIQUE C. WINKLER
19                                         AELISH M. BAIG
                                           100 Pine Street, Suite 2600
20                                         San Francisco, CA 94111
                                           Telephone: 415/288-4545
21                                         415/288-4534 (fax)

22                                         LERACH COUGHLIN STOIA GELLER
                                             RUDMAN & ROBBINS LLP
23                                         TRAVIS E. DOWNS III
                                           BENNY C. GOODMAN III
24                                         MARY LYNNE CALKINS

25

26                                              s/ TRAVIS E. DOWNS III
                                                TRAVIS E. DOWNS III
27

28

STIPULATION AND [PROPOSED] ORDER CONTINUING JUNE 26, 2007 CASE MANAGEMENT
CONFERENCE- C-06-04669-EDL                                                                       - 1 -

|   |   |
|---|---|
| 1 |   |
| 2 | 655 West Broadway, Suite 1900<br>San Diego, CA 92101<br>Telephone: 619/231-1058 |
| 3 | 619/231-7423 (fax) |
| 4 | LERACH COUGHLIN STOIA GELLER<br>  RUDMAN & ROBBINS LLP |
| 5 | THOMAS G. WILHELM<br>9601 Wilshire Blvd., Suite 510 |
| 6 | Los Angeles, CA 90210<br>Telephone: 310/859-3100 |
| 7 | 310/278-2148 (fax) |
| 8 | THE WEISER LAW FIRM, P.C.<br>ROBERT B. WEISER |
| 9 | BRETT D. STECKER<br>121 N. Wayne Avenue, Suite 100 |
| 10 | Wayne, PA 19087<br>Telephone: 610/225-2677 |
| 11 | 610/225-2678 (fax) |
| 12 | Co-Lead Counsel for Plaintiffs |

13　　I, Travis E. Downs III, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order Continuing June 26, 2007 Case Management Conference. In
14　compliance with General Order 45, X.B., I hereby attest that Douglas J. Clark has concurred in this filing.
15
DATED: June 8, 2007　　　　　　　　　　　　WILSON SONSINI GOODRICH &
16　　　　　　　　　　　　　　　　　　　　　　　　  ROSATI, P.C.
　　　　　　　　　　　　　　　　　　　　　　　DOUGLAS J. CLARK
17　　　　　　　　　　　　　　　　　　　　　　LEO P. CUNNINGHAM
　　　　　　　　　　　　　　　　　　　　　　　DYLAN J. LIDDIARD
18

19
　　　　　　　　　　　　　　　　　　　　　　　　　s/ DOUGLAS J. CLARK
20　　　　　　　　　　　　　　　　　　　　　　　　DOUGLAS J. CLARK

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER CONTINUING JUNE 26, 2007 CASE MANAGEMENT
CONFERENCE- C-06-04669-EDL　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　- 2 -

|   |   |
|---|---|
| 1 |   |
| 2 | 650 Page Mill Road<br>Palo Alto, CA 94304-1050<br>Telephone: 650/493-9300 |
| 3 | 650/493-6811 (fax) |
| 4 | Attorneys for Defendants |
| 5 | \* \* \* |

**O R D E R**

PURSUANT TO STIPULATION, IT IS SO ORDERED. The June 26, 2007 Case Management Conference is continued to August 28, 2007 at 10:00 a.m.

DATED: June 13, 2007

_____
THE HONORABLE ELIZABETH D. LAPORTE
UNITED STATES MAGISTRATE JUDGE

S:\CasesSD\Asyst Derivative\S_O00042657.doc

STIPULATION AND [PROPOSED] ORDER CONTINUING JUNE 26, 2007 CASE MANAGEMENT CONFERENCE- C-06-04669-EDL       - 3 -