1  LERACH COUGHLIN STOIA GELLER
     RUDMAN & ROBBINS LLP
2  SHAWN A. WILLIAMS (213113)
   MONIQUE C. WINKLER (213031)
3  AELISH M. BAIG (201279)
   100 Pine Street, Suite 2600
4  San Francisco, CA  94111
   Telephone:  415/288-4545
5  415/288-4534 (fax)
   shawnw@lerachlaw.com
6  moniquew@lerachlaw.com
   abaig@lerachlaw.com
7        – and –
   TRAVIS E. DOWNS III (148274)
8  KATHLEEN A. HERKENHOFF (168562)
   BENNY C. GOODMAN III (211302)
9  MARY LYNNE CALKINS (212171)         THE WEISER LAW FIRM, P.C.
   655 West Broadway, Suite 1900       ROBERT B. WEISER
10 San Diego, CA  92101                BRETT D. STECKER
   Telephone:  619-231-1058            121 N. Wayne Avenue, Suite 100
11 619/231-7423 (fax)                  Wayne, PA  19087
   travisd@lerachlaw.com               Telephone:  610/225-2677
12 kathyh@lerachlaw.com                610/225-2678 (fax)
   bennyg@lerachlaw.com                rw@weiserlawfirm.com
13 mcalkins@lerachlaw.com              bs@weiserlawfirm.com

14 Co-Lead Counsel for Plaintiffs

15                     UNITED STATES DISTRICT COURT

16                    NORTHERN DISTRICT OF CALIFORNIA

17 In re ASYST TECHNOLOGIES, INC.     )  No. C-06-04669-EDL
   DERIVATIVE LITIGATION              )
18 ─────────────────────────────────  )  CORRECTED STIPULATION AND
                                      )  [PROPOSED] ORDER CONTINUING
19 This Document Relates To:          )  AUGUST 27, 2007 CASE MANAGEMENT
                                      )  CONFERENCE    AS MODIFIED
20     ALL ACTIONS.                   )
   ─────────────────────────────────  )

21

22

23

24

25

26

27

28

1  This Stipulation is entered into by and among plaintiffs and nominal defendant Asyst Technologies, Inc. ("Asyst") and defendants Stephen S. Schwartz, Robert J. Nikl, Anthony C. Bonora, Stanley J. Grubel, Tsuyoshi Kawanishi, Robert A. McNamara, Anthony E. Santelli, William Simon, Walter W. Wilson, James E. Springgate, Mihir Parikh, Ashok K. Sinha, P. Jackson Bell, Warren C. Kocmond, Jr., Steve Debenham and Thomas Waechter (collectively, "defendants"), through their attorneys of record.

WHEREAS, on April 12, 2007, the Court entered an order that withdrew, without prejudice, defendants' February 16, 2007 Motions to Dismiss to allow the parties time to discuss potential early resolution of this action; and

WHEREAS, the parties believe that a continuance of the August 27, 2007 Case Management Conference will allow the parties necessary additional time to discuss resolution and avoid potential wasting of the resources of both the parties and the Court.

THEREFORE, the undersigned parties stipulate as follows:

The August 27, 2007 Case Management Conference should be continued to September 17, 2007, at 10:00 a.m., or such date and time as ordered by the Court.

IT IS SO STIPULATED.

DATED: August 15, 2007

LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
SHAWN A. WILLIAMS
MONIQUE C. WINKLER
AELISH M. BAIG
100 Pine Street, Suite 2600
San Francisco, CA  94111
Telephone:  415/288-4545
415/288-4534 (fax)

LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
TRAVIS E. DOWNS III
KATHLEEN A. HERKENHOFF
BENNY C. GOODMAN III
MARY LYNNE CALKINS


    s/KATHLEEN A. HERKENHOFF
    KATHLEEN A. HERKENHOFF

CORRECTED STIPULATION AND [PROPOSED] ORDER CONTINUING AUGUST 27, 2007 CASE MANAGEMENT CONFERENCE - C-06-04669-EDL
- 1 -

| | |
|---|---|
| | 655 West Broadway, Suite 1900<br>San Diego, CA  92101<br>Telephone:  619/231-1058<br>619/231-7423 (fax) |
| | THE WEISER LAW FIRM, P.C.<br>ROBERT B. WEISER<br>BRETT D. STECKER<br>121 N. Wayne Avenue, Suite 100<br>Wayne, PA  19087<br>Telephone:  610/225-2677<br>610/225-2678 (fax) |
| | Co-Lead Counsel for Plaintiffs |

I, Kathleen A. Herkenhoff, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order Continuing August 27, 2007 Case Management Conference. In compliance with General Order 45, X.B., I hereby attest that Dylan J. Liddiard has concurred in this filing.

DATED:  August 15, 2007           WILSON SONSINI GOODRICH &
                                     ROSATI, P.C.
                                  DOUGLAS J. CLARK
                                  LEO P. CUNNINGHAM
                                  DYLAN J. LIDDIARD


                                         s/ DYLAN J. LIDDIARD
                                         DYLAN J. LIDDIARD

                                  650 Page Mill Road
                                  Palo Alto, CA  94304-1050
                                  Telephone:  650/493-9300
                                  650/493-6811 (fax)

                                  Attorneys for Defendants

                    *       *       *

**O R D E R**

PURSUANT TO STIPULATION, IT IS SO ORDERED.  The August 2̶7̶ 28, 2007 Case Management Conference is continued to __September 18, 2007__, 2007 at ____3:00 p.m____.m.

DATED:  __August 16, 2007__          _____
                                     THE HONORABLE ELIZABETH D. LAPORTE
                                     UNITED STATES MAGISTRATE JUDGE

IT IS SO ORDERED AS MODIFIED
Judge Elizabeth D. Laporte

S:\CasesSD\Asyst Derivative\S_O00044583_corrected.doc

## CERTIFICATE OF SERVICE

I hereby certify that on August 15, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on August 15, 2007.

    s/ KATHLEEN A. HERKENHOFF
KATHLEEN A. HERKENHOFF

LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-3301
Telephone:  619/231-1058
619/231-7423 (fax)

E-mail: kathyh@lerachlaw.com

# Mailing Information for a Case 3:06-cv-04669-EDL

### Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Douglas John Clark**
  dclark@wsgr.com

- **Leo Patrick Cunningham**
  lcunningham@wsgr.com

- **Travis E. Downs , III**
  travisd@lerachlaw.com,e_file_sd@lerachlaw.com

- **Randolph Gaw**
  rgaw@wsgr.com,lmontoya@wsgr.com

- **Benny Copeline Goodman , III**
  bennyg@lerachlaw.com,e_file_sd@lerachlaw.com

- **Kathleen Ann Herkenhoff**
  kathyh@lerachlaw.com,e_file_sd@lerachlaw.com

- **William S. Lerach**
  e_file_sf@lerachlaw.com

- **Dylan James Liddiard**
  dliddiard@wsgr.com,pmarquez@wsgr.com

- **Maria V. Morris**
  mariam@lerachlaw.com,e_file_sf@lerachlaw.com

- **Aileen Delcarmen Ocon**
  aocon@wsgr.com,pbaird@wsgr.com

- **Thomas Gilbertson Wilhelm**
  twilhelm@lerachlaw.com,e_file_sd@lerachlaw.com

- **Shawn A. Williams**
  shawnw@lerachlaw.com,cwood@lerachlaw.com,e_file_sf@lerachlaw.com,travisd@lerachlaw.com,moniquew@lerac

- **Monique Winkler**
  shawnw@lerachlaw.com,E_File_SF@lerachlaw.com,travisd@lerachlaw.com,MoniqueW@lerachlaw.com

### Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Darren Jay Robbins
 Lerach Coughlin Stoia Geller Rudman  & Robbins LLP
655 West Broadway
Suite 1900
```

San Diego, CA 92101