IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re ASYST TECHNOLOGIES, INC. DERIVATIVE LITIGATION<br><br>This Document Relates to:<br>    ALL ACTIONS<br>_____/ | No. C-06-04669 EDL<br><br>**ORDER FOLLOWING CASE MANAGEMENT CONFERENCE** |

Following the December 11, 2007 Case Management Conference, the Court issues the following Order:

1. No later than December 14, 2007, the insurance carriers shall respond to Defendants' counsel regarding mediation dates.

2. The parties shall inform the Court of the mediation date no later than December 21, 2007.

3. Plaintiffs shall file its motion to lift the discovery stay no later than March 4, 2008. Defendants shall file an opposition no later than March 11, 2008. Plaintiff shall file a reply no later than March 14, 2008. The Court will hold a hearing on the motion on March 25, 2008 at 9:00 a.m.

4. Defendants shall file their motion to dismiss no later than March 18, 2008. Plaintiff's opposition shall be filed no later than April 1, 1008. Defendants shall file a reply no later than April 8, 2008. The Court will hold a hearing on the motion on April 29, 2008.

**IT IS SO ORDERED.**

Dated: December 11, 2007

                                                    ELIZABETH D. LAPORTE
                                                    United States Magistrate Judge