COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
SHAWN A. WILLIAMS (213113)
AELISH M. BAIG (201279)
SUZANNE H. STEVENS (247067)
100 Pine Street, Suite 2600
San Francisco, CA 94111
Telephone: 415/288-4545
415/288-4534 (fax)
shawnw@csgrr.com
abaig@csgrr.com
sstevens@csgrr.com
     – and –
TRAVIS E. DOWNS III (148274)
KATHLEEN A. HERKENHOFF (168562)
BENNY C. GOODMAN III (211302)
MARY LYNNE CALKINS (212171)
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619-231-1058
619/231-7423 (fax)
travisd@csgrr.com
kathyh@csgrr.com
bennyg@csgrr.com
mcalkins@csgrr.com

THE WEISER LAW FIRM, P.C.
ROBERT B. WEISER
BRETT D. STECKER
121 N. Wayne Avenue, Suite 100
Wayne, PA 19087
Telephone: 610/225-2677
610/225-2678 (fax)
rw@weiserlawfirm.com
bs@weiserlawfirm.com

Co-Lead Counsel for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re ASYST TECHNOLOGIES, INC. DERIVATIVE LITIGATION | No. C-06-04669-EDL |
| This Document Relates To:<br><br>ALL ACTIONS. | STIPULATION AND [~~PROPOSED~~] ORDER ALLOWING PLAINTIFFS TO FILE A CONSOLIDATED OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS |

1 This Stipulation is entered into by and among plaintiffs and nominal defendant Asyst Technologies, Inc. ("Asyst") and individual defendants Stephen S. Schwartz, Robert J. Nikl, Anthony C. Bonora, Stanley J. Grubel, Tsuyoshi Kawanishi, Robert A. McNamara, Anthony E. Santelli, William Simon, Walter W. Wilson, James E. Springgate, Mihir Parikh, Ashok K. Sinha, P. Jackson Bell, Warren C. Kocmond, Jr., Steve Debenham and Thomas Waechter (collectively, "defendants"), through their attorneys of record.

WHEREAS, on March 18, 2008, nominal defendant Asyst filed a Motion to Dismiss Consolidated Verified Shareholder Derivative Complaint For Failure to Comply With Fed. R. Civ. P. 23.1;

WHEREAS, on March 18, 2008, individual defendants filed a Motion to Dismiss Plaintiffs' Consolidated Verified Shareholder Derivative Complaint;

WHEREAS, counsel for defendants has agreed to allow plaintiffs to file a single consolidated opposition to defendants' separate motions to dismiss; and

WHEREAS, on December 11, 2007, this Court ordered that plaintiffs' opposition should be filed no later than April 1, 2008.

THEREFORE, the undersigned parties stipulate as follows:

Plaintiffs shall file a single consolidated opposition to defendants' separate motions to dismiss no later than Tuesday, April 1, 2008.

IT IS SO STIPULATED.

DATED: March 27, 2008                    COUGHLIN STOIA GELLER
                                          RUDMAN & ROBBINS LLP
                                         SHAWN A. WILLIAMS
                                         AELISH M. BAIG
                                         SUZANNE H. STEVENS


                                            s/ Suzanne H. Stevens
                                          SUZANNE H. STEVENS

                                         100 Pine Street, Suite 2600
                                         San Francisco, CA  94111
                                         Telephone:  415/288-4545
                                         415/288-4534 (fax)

STIPULATION AND [PROPOSED] ORDER ALLOWING PLAINTIFFS TO FILE A CONSOLIDATED OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS - C-06-04669-EDL            - 1 -

|   |   |
|---|---|
| 1 |   |
| 2 | COUGHLIN STOIA GELLER<br>  RUDMAN & ROBBINS LLP<br>TRAVIS E. DOWNS III<br>KATHLEEN A. HERKENHOFF<br>BENNY C. GOODMAN III<br>MARY LYNNE CALKINS<br>655 West Broadway, Suite 1900<br>San Diego, CA  92101<br>Telephone:  619/231-1058<br>619/231-7423 (fax) |
| 7 | THE WEISER LAW FIRM, P.C.<br>ROBERT B. WEISER<br>BRETT D. STECKER<br>121 N. Wayne Avenue, Suite 100<br>Wayne, PA  19087<br>Telephone:  610/225-2677<br>610/225-2678 (fax) |
| 11 | Co-Lead Counsel for Plaintiffs |

I, Suzanne H. Stevens, am the ECF User whose ID and password are being used to file this *Stipulation and [Proposed] Order Allowing Plaintiffs to File a Consolidated Opposition to Defendants' Motions to Dismiss*.  In compliance with General Order 45, X.B., I hereby attest that Dylan J. Liddiard has concurred in this filing.

DATED:  March 27, 2008                    WILSON SONSINI GOODRICH
                                           & ROSATI, P.C.
                                          DYLAN J. LIDDIARD
                                          DOUGHLAS J. CLARK
                                          LEO P. CUNNINGHAM
                                          CHRISTOPHER R. HOWALD


                                                    s/ Dylan J. Liddiard
                                                 DYLAN J. LIDDIARD

1

2                       650 Page Mill Road
Palo Alto, CA  94304-1050
3                       Telephone:  650/493-9300
650/493-6811 (fax)
4

5                       Attorneys for Defendants

6                   *    *    *

**O R D E R**

7

8    IT IS SO ORDERED.

9    DATED:  March 28, 2008  _____    _____
                                                                    THE HONORABLE ELIZABETH D. LAPORTE
UNITED STATES MAGISTRATE JUDGE

10

11

12  T:\CasesSF\Asyst Derivative\STP00050214.doc

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER ALLOWING PLAINTIFFS TO FILE A CONSOLIDATED
OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS - C-06-04669-EDL          - 3 -

# Mailing Information for a Case 3:06-cv-04669-EDL

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Douglas John Clark**
  dclark@wsgr.com

- **Leo Patrick Cunningham**
  lcunningham@wsgr.com

- **Travis E. Downs , III**
  travisd@csgrr.com,e_file_sd@csgrr.com

- **Benny Copeline Goodman , III**
  bennyg@csgrr.com,e_file_sd@csgrr.com

- **Kathleen Ann Herkenhoff**
  kathyh@csgrr.com,e_file_sd@csgrr.com

- **Christopher R. Howald**
  chowald@wsgr.com

- **William S. Lerach**
  e_file_sf@lerachlaw.com

- **Dylan James Liddiard**
  dliddiard@wsgr.com,pmarquez@wsgr.com

- **Maria V. Morris**
  mmorris@rbg-law.com

- **Suzanne Heald Stevens**
  sstevens@csgrr.com

- **Shawn A. Williams**
  shawnw@csgrr.com,travisd@csgrr.com,moniquew@csgrr.com,e_file_sf@csgrr.com,cwood@csgrr.com,e_file_sd@cs

- **Monique C. Winkler**
  shawnw@csgrr.com,travisd@csgrr.com,e_file_sd@csgrr.com,E_File_SF@csgrr.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Darren Jay Robbins
Coughlin Stoia Geller Rudman & Robbins LLP
655 West Broadway
Suite 1900
San Diego, CA 92101
```