1 COUGHLIN STOIA GELLER
   RUDMAN & ROBBINS LLP
2 SHAWN A. WILLIAMS (213113)
AELISH M. BAIG (201279)
3 SUZANNE H. KAPLAN (247067)
100 Pine Street, Suite 2600
4 San Francisco, CA  94111
Telephone:  415/288-4545
5 415/288-4534 (fax)
shawnw@csgrr.com
6 abaig@csgrr.com
shkaplan@csgrr.com
7       – and –
TRAVIS E. DOWNS III (148274)
8 KATHLEEN A. HERKENHOFF (168562)
BENNY C. GOODMAN III (211302)
9 MARY LYNNE CALKINS (212171)         THE WEISER LAW FIRM, P.C.
655 West Broadway, Suite 1900        ROBERT B. WEISER
10 San Diego, CA  92101                  BRETT D. STECKER
Telephone:  619-231-1058            121 N. Wayne Avenue, Suite 100
11 619/231-7423 (fax)                   Wayne, PA  19087
travisd@csgrr.com                   Telephone:  610/225-2677
12 kathyh@csgrr.com                   610/225-2678 (fax)
bennyg@csgrr.com                   rw@weiserlawfirm.com
13 mcalkins@csgrr.com                bs@weiserlawfirm.com

14 Co-Lead Counsel for Plaintiffs

15                  UNITED STATES DISTRICT COURT

16               NORTHERN DISTRICT OF CALIFORNIA

17 In re ASYST TECHNOLOGIES, INC.   )   No. C-06-04669-EDL
DERIVATIVE LITIGATION         )
18 _____)   STIPULATION AND [~~PROPOSED~~] ORDER
                          )   CONSOLIDATING THE ALLISON
19 This Document Relates To:        )   COMPLAINT AND SETTING SCHEDULE
                          )   FOR FILING OF CONSOLIDATED
20     ALL ACTIONS.           )   AMENDED COMPLAINT AND
                          )   DEFENDANTS' RESPONSE THERETO
21 _____)

22

23

24

25

26

27

28

1    WHEREAS, plaintiff Andrew Anthony Allison filed a Verified Shareholder Derivative

2 Complaint ("Allison Complaint"), No. C-08-02512-JCS, which Complaint is related to *In re Asyst*

3 *Technologies, Inc. Derivative Litigation*, No. C-06-04669-EDL ("Consolidated Litigation"), in that

4 the Allison Complaint arises from the same transactions and events in the Consolidated Litigation

5 and calls for the determination of the same or substantially related or similar questions of law and

6 fact;

7    WHEREAS, counsel for the parties believe that, to avoid unnecessary waste of resources, the

8 Allison Complaint should be consolidated with, and into, the Consolidated Litigation pursuant to the

9 terms of the September 18, 2006 Order Consolidating Cases for All Purposes, Appointing Lead

10 Plaintiffs and Co-Lead Counsel, and Setting Schedule for Filing of Consolidated Complaint

11 ("Consolidation Order");

12    WHEREAS, on May 23, 2008, the Court issued an Order granting leave to amend the

13 Consolidated Verified Shareholder Derivative Complaint; and

14    WHEREAS, plaintiffs and defendants, after meeting and conferring, agree that a schedule for

15 the filing of an Amended Consolidated Complaint and defendants' responses thereto will provide

16 judicial economy.

17    IT IS HEREBY STIPULATED BY THE PARTIES that:

18    1.    The Allison Complaint shall be consolidated with, and into, the Consolidated

19 Litigation pursuant to the terms of the Consolidation Order.

20    2.    The briefing and hearing schedule currently in place for the Amended Consolidated

21 Complaint shall be extended by four weeks.

22    3.    Plaintiffs shall, no later than June 26, 2008, file and serve an Amended Consolidated

23 Complaint which will supersede all existing complaints filed in these actions.  Defendants need not

24 respond to any of the pre-existing complaints.  Service, pursuant to Rule 4 of the Federal Rules of

25 Civil Procedure, of any of the pre-existing complaints on any of the defendants, or their counsel,

26 shall constitute sufficient service on that defendant.  Service shall be effected with respect to any

27 defendant named in any of the pre-existing complaints by serving the Amended Consolidated

28 Complaint on that defendant or that defendant's counsel.

1    4.    Each defendant in any of the pre-existing complaints shall answer or otherwise

2 respond to the Amended Consolidated Complaint no later than July 17, 2008.  In the event that

3 defendants file and serve any motion directed at the Amended Consolidated Complaint, plaintiffs

4 shall file and serve their opposition by August 7, 2008.  If defendants file and serve a reply to

5 plaintiffs' opposition, they will do so by August 19, 2008.  The hearing on these issues shall be set

6 for September 9, 2008, or other date the Court deems appropriate.

7    5.    Notwithstanding any provision herein, defendants may respond to the Amended

8 Consolidated Complaint in any manner provided by law or statute.  Accordingly, the defendants by

9 and through their counsel of record as designated below have reserved all of their defenses and

10 objections to the Amended Consolidated Complaint, including any defense based upon lack of

11 personal jurisdiction.

12    IT IS SO STIPULATED.

13 DATED:  May 28, 2008                    COUGHLIN STOIA GELLER
                                            RUDMAN & ROBBINS LLP
14                                          TRAVIS E. DOWNS III
                                            KATHLEEN A. HERKENHOFF
15                                          BENNY C. GOODMAN III
                                            MARY LYNNE CALKINS

16

17
                                    _____/s/_____
18                                          TRAVIS E. DOWNS III

19                                          655 West Broadway, Suite 1900
                                            San Diego, CA  92101
20                                          Telephone:  619/231-1058
                                            619/231-7423 (fax)

21

22

23

24

25

26

27

28

1

2          COUGHLIN STOIA GELLER
             RUDMAN & ROBBINS LLP
           SHAWN A. WILLIAMS
3          AELISH M. BAIG
           SUZANNE H. KAPLAN
4          100 Pine Street, Suite 2600
           San Francisco, CA  94111
5          Telephone:  415/288-4545
           415/288-4534 (fax)
6
           THE WEISER LAW FIRM, P.C.
7          ROBERT B. WEISER
           BRETT D. STECKER
8          121 N. Wayne Avenue, Suite 100
           Wayne, PA  19087
9          Telephone:  610/225-2677
           610/225-2678 (fax)
10
           Co-Lead Counsel for Plaintiffs
11

12         I, Travis E. Downs III, am the ECF User whose ID and password are being used to file this
        Stipulation and [Proposed] Order Consolidating Related Actions, Appointing Lead Plaintiff and Co-
        Lead Counsel, and Setting Schedule for Filing of Consolidated Complaint and Defendants'
13      Response Thereto.  In compliance with General Order 45, X.B., I hereby attest that Marc M. Umeda
        has concurred in this filing.
14
        DATED:  May 28, 2008          ROBBINS UMEDA & FINK LLP
15                                     MARC M. UMEDA
                                       BRIAN J. ROBBINS
16                                     ASHLEY R. PALMER

17

18                                              /s/
                                       MARC M. UMEDA
19
                                       610 West Ash Street, Suite 1800
20                                     San Diego, CA  92101
                                       Telephone:  619/525-3990
21                                     619/525-3991 (fax)

22                                     Attorneys for Plaintiff Andrew Anthony Allison

23
           I, Travis E. Downs III, am the ECF User whose ID and password are being used to file this
24      Stipulation and [Proposed] Order Consolidating Related Actions, Appointing Lead Plaintiff and Co-
        Lead Counsel, and Setting Schedule for Filing of Consolidated Complaint and Defendants'
25      Response Thereto.  In compliance with General Order 45, X.B., I hereby attest that Douglas J. Clark
        has concurred in this filing.
26

27

28

1   DATED:  May 28, 2008

WILSON SONSINI GOODRICH
  & ROSATI, P.C.
DOUGLAS J. CLARK
LEO P. CUNNINGHAM
DYLAN J. LIDDIARD

_____
                    /s/
DOUGLAS J. CLARK

650 Page Mill Road
Palo Alto, CA  94304-1050
Telephone:  650/493-9300
650/493-6811 (fax)

Attorneys for Defendants Stephen S. Schwartz,
Robert J. Nickl, Anthony C. Bonora, Stanley J.
Grubel, Tsuyoshi Kawanishi, Robert A.
McNamara, Anthony E. Santelli, William Simon,
Walter W. Wilson, James E. Springgate, Mihir
Parikh, Ashok K. Sinha, P. Jackson Bell, Warren
C. Kocmond, Jr., Steve Debenham, and Thomas
Waechter, and Nominal Defendant Asyst
Technologies, Inc.

*        *        *

**O R D E R**

IT IS SO ORDERED.

DATED:  May 29, 2008  _____

THE HONORABLE ELIZABETH D. LAPORTE
UNITED STATES MAGISTRATE JUDGE

T:\CasesSF\Asyst Derivative\S_O00051577_LD Consol.doc

1                DECLARATION OF SERVICE BY MAIL

2       I, the undersigned, declare:

3       1.      That declarant is and was, at all times herein mentioned, a citizen of the United States

4 and employed in the City and County of San Francisco, over the age of 18 years, and not a party to

5 or interested party in the within action; that declarant's business address is 100 Pine Street,

6 Suite 2600, San Francisco, California 94111.

7       2.      That on May 28, 2008, declarant served the **STIPULATION AND [PROPOSED]**

8 **ORDER CONSOLIDATING THE ALLISON COMPLAINT AND SETTING SCHEDULE**

9 **FOR FILING OF CONSOLIDATED AMENDED COMPLAINT AND DEFENDANTS'**

10 **RESPONSE THERETO** by depositing a true copy thereof in a United States mailbox at San

11 Francisco, California in a sealed envelope with postage thereon fully prepaid and addressed to the

12 parties listed on the attached Service List.

13       3.      That there is a regular communication by mail between the place of mailing and the

14 places so addressed.

15       I declare under penalty of perjury that the foregoing is true and correct.  Executed this 28th

16 day of May, 2008, at San Francisco, California.

17

18                                  /s/
                                 REBECCA BILES

19

20

21

22

23

24

25

26

27

28

STIP & [PROP] ORDER CONSOLIDATING THE ALLISON COMPL AND SETTING SCHEDULE
FOR FILING OF CONSOL AMENDED COMP - C-06-04669-EDL            - 1 -

# Mailing Information for a Case 3:06-cv-04669-EDL

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Douglas John Clark**
  dclark@wsgr.com

- **Leo Patrick Cunningham**
  lcunningham@wsgr.com

- **Travis E. Downs , III**
  travisd@csgrr.com,e_file_sd@csgrr.com

- **Benny Copeline Goodman , III**
  bennyg@csgrr.com,e_file_sd@csgrr.com

- **Kathleen Ann Herkenhoff**
  kathyh@csgrr.com,e_file_sd@csgrr.com

- **Christopher R. Howald**
  chowald@wsgr.com

- **Suzanne Heald Kaplan**
  shkaplan@csgrr.com

- **William S. Lerach**
  e_file_sf@lerachlaw.com

- **Dylan James Liddiard**
  dliddiard@wsgr.com,pmarquez@wsgr.com

- **Maria V. Morris**
  mmorris@rbg-law.com

- **Shawn A. Williams**
  shawnw@csgrr.com,travisd@csgrr.com,moniquew@csgrr.com,e_file_sf@csgrr.com,cwood@csgrr.com,e_file_sd@cs

- **Monique C. Winkler**
  shawnw@csgrr.com,travisd@csgrr.com,e_file_sd@csgrr.com,E_File_SF@csgrr.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Darren Jay Robbins
Coughlin Stoia Geller Rudman & Robbins LLP
655 West Broadway
Suite 1900
San Diego, CA 92101
```