1 | COUGHLIN STOIA GELLER
RUDMAN & ROBBINS LLP
2 | SHAWN A. WILLIAMS (213113)
AELISH M. BAIG (201279)
3 | SUZANNE H. KAPLAN (247067)
100 Pine Street, Suite 2600
4 | San Francisco, CA 94111
Telephone: 415/288-4545
5 | 415/288-4534 (fax)
shawnw@csgrr.com
6 | abaig@csgrr.com
shkaplan@csgrr.com
7 | – and –
TRAVIS E. DOWNS III (148274)
8 | KATHLEEN A. HERKENHOFF (168562)
BENNY C. GOODMAN III (211302)
9 | MARY LYNNE CALKINS (212171)                THE WEISER LAW FIRM, P.C.
655 West Broadway, Suite 1900               ROBERT B. WEISER
10 | San Diego, CA 92101                       BRETT D. STECKER
Telephone: 619/231-1058                      121 N. Wayne Avenue, Suite 100
11 | 619/231-7423 (fax)                        Wayne, PA 19087
travisd@csgrr.com                            Telephone: 610/225-2677
12 | kathyh@csgrr.com                          610/225-2678 (fax)
bennyg@csgrr.com                             rw@weiserlawfirm.com
13 | mcalkins@csgrr.com                        bs@weiserlawfirm.com

14 | Co-Lead Counsel for Plaintiffs

15 | UNITED STATES DISTRICT COURT

16 | NORTHERN DISTRICT OF CALIFORNIA

17 | In re ASYST TECHNOLOGIES, INC.       )   No. C-06-04669-EDL
DERIVATIVE LITIGATION                 )
18 | _____ )   STIPULATION AND [PROPOSED] ORDER
     )                                        CONTINUING DATE FOR PLAINTIFFS TO
19 | This Document Relates To:            )   FILE AN AMENDED COMPLAINT
     )
20 |    ALL ACTIONS.                       )
     )
21 | _____ )

22

23

24

25

26

27

28

1    The parties, by and through their undersigned counsel, have stipulated and agreed, and

2 hereby jointly move as follows:

3    WHEREAS, on May 23, 2008, the Court issued an Order granting plaintiffs leave to amend

4 the Consolidated Verified Shareholder Derivative Complaint;

5    WHEREAS, pursuant to the parties' stipulated briefing schedule, which the Court entered on

6 May 29, 2008, plaintiffs' Amended Consolidated Verified Shareholder Derivative Complaint (the

7 "Amended Consolidated Complaint") was to be filed and served on or before June 26, 2008;

8    WHEREAS, plaintiff Andrew Anthony Allison is currently out of the country until June 30,

9 2008, would like to review the Amended Consolidated Complaint before it is filed and is unable to

10 do so until he returns;

11    WHEREAS, the parties have agreed that plaintiffs should be given a short one-week

12 extension to file their Amended Consolidated Complaint; and

13    WHEREAS, defendants agree that should the Court decide not to enter an order consistent

14 with this Stipulation, defendants will not assert that plaintiffs have failed to timely file their

15 Amended Consolidated Complaint to the extent plaintiffs are acting in reliance on this Stipulation.

16    NOW THEREFORE, it is hereby stipulated by and between the parties that:

17    1.    Plaintiffs shall file and serve an Amended Consolidated Complaint on or before

18 July 3, 2008;

19    2.    All agreements addressed in the parties May 28, 2008 Stipulation, which was entered

20 by the Court on May 29, 2008, that are not mentioned in this Stipulation shall remain in effect; and

21    3.    The parties may, in light of this Stipulation, submit a stipulation at a later date to

22 revise the briefing schedule on defendants' motion to dismiss or other response to plaintiffs'

23 Amended Consolidated Complaint.

24 ///

25 ///

26 ///

27 ///

28 ///

STIP AND [PROPOSED] ORDER CONTINUING DATE FOR PLAINTIFFS TO FILE AN AMENDED
CPT - C-06-04669-EDL                                                                          - 1 -

1   DATED:  June 25, 2008

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20   DATED:  June 25, 2008

21

22

23

24

25

26

27

28

COUGHLIN STOIA GELLER
   RUDMAN & ROBBINS LLP
TRAVIS E. DOWNS III
KATHLEEN A. HERKENHOFF
BENNY C. GOODMAN III
MARY LYNNE CALKINS


                        /s/
            TRAVIS E. DOWNS III

655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)

COUGHLIN STOIA GELLER
   RUDMAN & ROBBINS LLP
SHAWN A. WILLIAMS
AELISH M. BAIG
SUZANNE H. KAPLAN
100 Pine Street, Suite 2600
San Francisco, CA  94111
Telephone:  415/288-4545
415/288-4534 (fax)

THE WEISER LAW FIRM, P.C.
ROBERT B. WEISER
BRETT D. STECKER
121 N. Wayne Avenue, Suite 100
Wayne, PA  19087
Telephone:  610/225-2677
610/225-2678 (fax)

Co-Lead Counsel for Plaintiffs


ROBBINS UMEDA & FINK LLP
MARC M. UMEDA
BRIAN J. ROBBINS
ASHLEY R. PALMER


                        /s/
            MARC M. UMEDA

610 West Ash Street, Suite 1800
San Diego, CA  92101
Telephone:  619/525-3990
619/525-3991 (fax)

Counsel for Plaintiff Andrew Anthony Allison

STIP AND [PROPOSED] ORDER CONTINUING DATE FOR PLAINTIFFS TO FILE AN AMENDED
CPT - C-06-04669-EDL                                                                                           - 2 -

DATED:  June 25, 2008

WILSON SONSINI GOODRICH
  & ROSATI, P.C.
DOUGLAS J. CLARK
LEO P. CUNNINGHAM
DYLAN J. LIDDIARD

_____/s/_____
DOUGLAS J. CLARK

650 Page Mill Road
Palo Alto, CA  94304-1050
Telephone:  650/493-9300
650/493-6811 (fax)

Counsel for Defendants

\* \* \*

## [~~PROPOSED~~] ORDER

Good cause appearing from the foregoing Stipulation, IT IS SO ORDERED.

1.      Plaintiffs shall file and serve an Amended Consolidated Complaint on or before July 3, 2008.

DATED:  __June 26, 2008__      _____
THE HONORABLE ELIZABETH D. LaPORTE
UNITED STATES MAGISTRATE JUDGE

IT IS SO ORDERED
Elizabeth D. Laporte
Judge Elizabeth D. Laporte

1

## CERTIFICATE OF SERVICE

2      I hereby certify a true and exact copy of the foregoing document has been served on all filing

3  users indicated on the attached Electronic Mail Notice List through the Court's electronic filing

4  system on this the 25th day of June, 2008.

5

6

7                               /s/ Marc M. Umeda

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

350599_3.DOC

28

STIP AND [PROPOSED] ORDER CONTINUING DATE FOR PLAINTIFFS TO FILE AN AMENDED
CPT - C-06-04669-EDL                                                        - 4 -

# Mailing Information for a Case 3:06-cv-04669-EDL

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Douglas John Clark**
  dclark@wsgr.com

- **Leo Patrick Cunningham**
  lcunningham@wsgr.com

- **Travis E. Downs , III**
  travisd@csgrr.com,e_file_sd@csgrr.com

- **Benny Copeline Goodman , III**
  bennyg@csgrr.com,e_file_sd@csgrr.com

- **Kathleen Ann Herkenhoff**
  kathyh@csgrr.com,e_file_sd@csgrr.com

- **Christopher R. Howald**
  chowald@wsgr.com

- **Suzanne Heald Kaplan**
  shkaplan@csgrr.com

- **William S. Lerach**
  e_file_sf@lerachlaw.com

- **Dylan James Liddiard**
  dliddiard@wsgr.com,pmarquez@wsgr.com

- **Maria V. Morris**
  mmorris@rbg-law.com

- **Shawn A. Williams**
  shawnw@csgrr.com,travisd@csgrr.com,moniquew@csgrr.com,e_file_sf@csgrr.com,cwood@csgr

- **Monique C. Winkler**
  shawnw@csgrr.com,travisd@csgrr.com,e_file_sd@csgrr.com,E_File_SF@csgrr.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

**Darren Jay Robbins**
Coughlin Stoia Geller Rudman & Robbins LLP
655 West Broadway
Suite 1900
San Diego, CA 92101