COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
SHAWN A. WILLIAMS (213113)
AELISH M. BAIG (201279)
SUZANNE H. KAPLAN (247067)
100 Pine Street, Suite 2600
San Francisco, CA 94111
Telephone: 415/288-4545
415/288-4534 (fax)
shawnw@csgrr.com
abaig@csgrr.com
shkaplan@csgrr.com
    – and –
TRAVIS E. DOWNS III (148274)
KATHLEEN A. HERKENHOFF (168562)
BENNY C. GOODMAN III (211302)
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619-231-1058
619/231-7423 (fax)
travisd@csgrr.com
kathyh@csgrr.com
bennyg@csgrr.com

THE WEISER LAW FIRM, P.C.
ROBERT B. WEISER
BRETT D. STECKER
121 N. Wayne Avenue, Suite 100
Wayne, PA 19087
Telephone: 610/225-2677
610/225-2678 (fax)
rw@weiserlawfirm.com
bs@weiserlawfirm.com

Co-Lead Counsel for Plaintiffs

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re ASYST TECHNOLOGIES, INC. DERIVATIVE LITIGATION | No. C-06-04669-EDL |
| This Document Relates To:<br><br>ALL ACTIONS. | STIPULATION AND [~~PROPOSED~~] ORDER ALLOWING PLAINTIFFS TO FILE A CONSOLIDATED OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS |

1    This Stipulation is entered into by and among plaintiffs, nominal defendant Asyst Technologies, Inc. ("Asyst") and individual defendants Stephen S. Schwartz, Robert J. Nikl, Anthony C. Bonora, Stanley J. Grubel, Tsuyoshi Kawanishi, Robert A. McNamara, Anthony E. Santelli, William Simon, Walter W. Wilson, James E. Springgate, Mihir Parikh, Ashok K. Sinha and P. Jackson Bell (collectively, "defendants"), through their attorneys of record.

WHEREAS, on July 17, 2008, nominal defendant Asyst filed a Motion to Dismiss Amended Consolidated Verified Shareholder Derivative Complaint for Failure to Comply With Fed. R. Civ. P. 23.1;

WHEREAS, on July 17, 2008, the individual defendants filed a Motion to Dismiss Plaintiffs' Amended Consolidated Verified Shareholder Derivative Complaint;

WHEREAS, Local Rule 7-3(a) permits plaintiffs to file an opposition to each motion to dismiss up to 25 pages in length;

WHEREAS, counsel for defendants has agreed that plaintiffs shall file a single, consolidated opposition to defendants' separate motions to dismiss not to exceed 50 pages; and

WHEREAS, plaintiffs' response to the motions to dismiss is currently due on Thursday, August 7, 2008.

THEREFORE, the undersigned parties stipulate as follows:

Plaintiffs shall file a single consolidated opposition to defendants' separate motions to dismiss, not to exceed 50 pages, on or before Thursday, August 7, 2008.

IT IS SO STIPULATED.

DATED: August 5, 2008        COUGHLIN STOIA GELLER
                               RUDMAN & ROBBINS LLP
                             TRAVIS E. DOWNS III
                             KATHLEEN A. HERKENHOFF
                             BENNY C. GOODMAN III


                                  s/ Benny C. Goodman III
                                 BENNY C. GOODMAN III

STIPULATION AND [PROPOSED] ORDER ALLOWING PLAINTIFFS TO FILE A
CONSOLIDATED OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS - C-06-04669-EDL    - 1 -

|   |   |
|---|---|
| 1 | |
| 2 | 655 West Broadway, Suite 1900<br>San Diego, CA  92101<br>Telephone:  619/231-1058 |
| 3 | 619/231-7423 (fax) |
| 4 | COUGHLIN STOIA GELLER<br>  RUDMAN & ROBBINS LLP |
| 5 | SHAWN A. WILLIAMS<br>AELISH M. BAIG |
| 6 | SUZANNE H. KAPLAN<br>100 Pine Street, Suite 2600 |
| 7 | San Francisco, CA  94111<br>Telephone:  415/288-4545 |
| 8 | 415/288-4534 (fax) |
| 9 | THE WEISER LAW FIRM, P.C.<br>ROBERT B. WEISER |
| 10 | BRETT D. STECKER<br>121 N. Wayne Avenue, Suite 100 |
| 11 | Wayne, PA  19087<br>Telephone:  610/225-2677 |
| 12 | 610/225-2678 (fax) |
| 13 | Co-Lead Counsel for Plaintiffs |
| 14 | ROBBINS UMEDA & FINK LLP<br>MARC M. UMEDA |
| 15 | BRIAN J. ROBBINS<br>ASHLEY R. PALMER |
| 16 | 610 West Ash Street, Suite 1800<br>San Diego, CA  92101 |
| 17 | Telephone:  619/525-3990<br>619/525-3991 (fax) |
| 18 | |
| 19 | Additional Counsel for Plaintiff |

20   I, Benny C. Goodman III, am the ECF User whose ID and password are being used to file this *Stipulation and [Proposed] Order Allowing Plaintiffs to File a Consolidated Opposition to Defendants' Motions to Dismiss*.  In compliance with General Order 45, X.B., I hereby attest that
21  Dylan J. Liddiard has concurred in this filing.

22
   DATED:  August 5, 2008                    WILSON SONSINI GOODRICH
23                                              & ROSATI, P.C.
                                            DOUGLAS J. CLARK
24                                          LEO P. CUNNINGHAM
                                            DYLAN J. LIDDIARD
25                                          CHRISTOPHER R. HOWARLD

26

27                                                  s/ Dylan J. Liddiard
                                                 DYLAN J. LIDDIARD
28

STIPULATION AND [P̶R̶O̶P̶O̶S̶E̶D̶] ORDER ALLOWING PLAINTIFFS TO FILE A
CONSOLIDATED OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS - C-06-04669-EDL    - 2 -

|   |   |
|---|---|
| 1 |   |
| 2 | 650 Page Mill Road<br>Palo Alto, CA 94304-1050<br>Telephone: 650/493-9300<br>650/493-6811 (fax) |
| 3 |   |
| 4 | Attorneys for Defendants |

\* \* \*

**O R D E R**

IT IS SO ORDERED.

DATED:  August 6, 2008  _____

_____
THE HONORABLE ELIZABETH D. LAPORTE
UNITED STATES DISTRICT JUDGE

S:\CasesSD\Asyst Derivative\STP00053133-cons opp.doc

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]*
*[Stamp: IT IS SO ORDERED / Judge Elizabeth D. Laporte]*

STIPULATION AND [PROPOSED] ORDER ALLOWING PLAINTIFFS TO FILE A
CONSOLIDATED OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS - C-06-04669-EDL     - 3 -

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on August 5, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on August 5, 2008.

    s/ Benny C. Goodman III
BENNY C. GOODMAN III

COUGHLIN STOIA GELLER
    RUDMAN & ROBBINS LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-3301
Telephone:  619/231-1058
619/231-7423 (fax)

E-mail:bennyg@csgrr.com

## Mailing Information for a Case 3:06-cv-04669-EDL

### Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Douglas John Clark**
  dclark@wsgr.com

- **Leo Patrick Cunningham**
  lcunningham@wsgr.com

- **Travis E. Downs , III**
  travisd@csgrr.com,e_file_sd@csgrr.com

- **Benny Copeline Goodman , III**
  bennyg@csgrr.com,e_file_sd@csgrr.com

- **Kathleen Ann Herkenhoff**
  kathyh@csgrr.com,e_file_sd@csgrr.com

- **Christopher R. Howald**
  chowald@wsgr.com

- **Suzanne Heald Kaplan**
  shkaplan@csgrr.com

- **William S. Lerach**
  e_file_sf@lerachlaw.com

- **Dylan James Liddiard**
  dliddiard@wsgr.com,pmarquez@wsgr.com

- **Maria V. Morris**
  mmorris@rbg-law.com

- **Marc M. Umeda**
  notice@ruflaw.com,umeda@ruflaw.com

- **Shawn A. Williams**
  shawnw@csgrr.com,travisd@csgrr.com,e_file_sf@csgrr.com,cwood@csgrr.com,e_file_sd@csgrr.com,aelishb@csgrr.

- **Monique C. Winkler**
  shawnw@csgrr.com,travisd@csgrr.com,e_file_sd@csgrr.com,E_File_SF@csgrr.com

### Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Darren Jay Robbins
Coughlin Stoia Geller Rudman & Robbins LLP
```

```
655 West Broadway
Suite 1900
San Diego, CA 92101
```