**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re ASYST TECHNOLOGIES, INC. DERIVATIVE LITIGATION | No. C-06-04669 EDL |
| ———————————————————— | **ORDER RE: DEFENDANTS' OCTOBER 3, 2008  LETTER** |
| This Document Relates to: | |
| ALL ACTIONS | |
| ————————————————————/ | |

On October 3, 2008, Defendants filed a letter regarding Plaintiffs' subpoena to E*TRADE Securities, LLC for documents relating to Plaintiff Allison's stock ownership of Asyst.  No later than October 9, 2008, Plaintiffs shall file a responsive letter that is no longer than two pages.

**IT IS SO ORDERED.**

Dated: October 7, 2008

*Elizabeth D. Laporte*

ELIZABETH D. LAPORTE
United States Magistrate Judge