COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
SHAWN A. WILLIAMS (213113)
AELISH M. BAIG (201279)
SUZANNE H. KAPLAN (247067)
100 Pine Street, Suite 2600
San Francisco, CA 94111
Telephone: 415/288-4545
415/288-4534 (fax)
shawnw@csgrr.com
abaig@csgrr.com
shkaplan@csgrr.com
    – and –
TRAVIS E. DOWNS III (148274)
KATHLEEN A. HERKENHOFF (168562)
BENNY C. GOODMAN III (211302)
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619-231-1058
619/231-7423 (fax)
travisd@csgrr.com
kathyh@csgrr.com
bennyg@csgrr.com

THE WEISER LAW FIRM, P.C.
ROBERT B. WEISER
BRETT D. STECKER
121 N. Wayne Avenue, Suite 100
Wayne, PA 19087
Telephone: 610/225-2677
610/225-2678 (fax)
rw@weiserlawfirm.com
bs@weiserlawfirm.com

Co-Lead Counsel for Plaintiffs

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re ASYST TECHNOLOGIES, INC. DERIVATIVE LITIGATION | No. C-06-04669-EDL |
| This Document Relates To: | STIPULATION AND [PROPOSED] ORDER EXTENDING DATE TO FILE AMENDED COMPLAINT |
| ALL ACTIONS. | |

1   This Stipulation is entered into by and among plaintiff Andrew Allison, nominal defendant
2   Asyst Technologies, Inc. ("Asyst") and individual defendants Stephen S. Schwartz, Robert J. Nikl,
3   Anthony C. Bonora, Stanley J. Grubel, Tsuyoshi Kawanishi, Robert A. McNamara, Anthony E.
4   Santelli, William Simon, Walter W. Wilson, James E. Springgate, Mihir Parikh, Ashok K. Sinha and
5   P. Jackson Bell (collectively, "defendants"), through their attorneys of record.
6   WHEREAS, on November 12, 2008, this Court ordered plaintiff Andrew Allison to submit
7   an amended complaint not later than November 26, 2008;
8   WHEREAS, plaintiff has therefore requested an extension to January 9, 2009, to file the
9   amended complaint; and
10  WHEREAS, defendants do not oppose the requested extension.
11  THEREFORE, the undersigned parties stipulate as follows:
12  Plaintiff Andrew Allison shall file his amended complaint not later than Friday, January 9,
13  2009.
14  IT IS SO STIPULATED.

15  DATED: November 20, 2008                COUGHLIN STOIA GELLER
                                              RUDMAN & ROBBINS LLP
16                                          TRAVIS E. DOWNS III
                                            KATHLEEN A. HERKENHOFF
17                                          BENNY C. GOODMAN III
18
19                                               s/ KATHLEEN A. HERKENHOFF
                                                KATHLEEN A. HERKENHOFF
20
                                            655 West Broadway, Suite 1900
21                                          San Diego, CA  92101
                                            Telephone:  619/231-1058
22                                          619/231-7423 (fax)

23                                          COUGHLIN STOIA GELLER
                                              RUDMAN & ROBBINS LLP
24                                          SHAWN A. WILLIAMS
                                            AELISH M. BAIG
25                                          SUZANNE H. KAPLAN
                                            100 Pine Street, Suite 2600
26                                          San Francisco, CA  94111
                                            Telephone:  415/288-4545
27                                          415/288-4534 (fax)
28

STIPULATION AND [PROPOSED] ORDER EXTENDING DATE TO FILE AMENDED
COMPLAINT - C-06-04669-EDL                                                                - 1 -

| | |
|---|---|
| | THE WEISER LAW FIRM, P.C.<br>ROBERT B. WEISER<br>BRETT D. STECKER<br>121 N. Wayne Avenue, Suite 100<br>Wayne, PA  19087<br>Telephone:  610/225-2677<br>610/225-2678 (fax) |
| | Co-Lead Counsel for Plaintiffs |
| | ROBBINS UMEDA & FINK LLP<br>MARC M. UMEDA<br>BRIAN J. ROBBINS<br>ASHLEY R. PALMER<br>610 West Ash Street, Suite 1800<br>San Diego, CA  92101<br>Telephone:  619/525-3990<br>619/525-3991 (fax) |
| | Additional Counsel for Plaintiff |

I, Kathleen A. Herkenhoff, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order Extending Date to File Amended Complaint.  In compliance with General Order 45, X.B., I hereby attest that Dylan J. Liddiard has concurred in this filing.

DATED:  November 20, 2008          WILSON SONSINI GOODRICH &
                                                                 ROSATI, P.C.
                                                              DYLAN J. LIDDIARD


                                                                     s/ DYLAN J. LIDDIARD
                                                                       DYLAN J. LIDDIARD

                                                              650 Page Mill Road
                                                              Palo Alto, CA  94304-1050
                                                              Telephone:  650/493-9300
                                                              650/493-6811 (fax)

                                                              Attorneys for Defendants

                                         *          *          *

**O R D E R**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:  __November 25, 2008_____          _____
                                                                                    THE HONORABLE ELIZABETH D. LAPORTE
                                                                                    UNITED STATES MAGISTRATE JUDGE

*IT IS SO ORDERED*
*Judge Elizabeth D. Laporte*

S:\CasesSD\Asyst Derivative\S_O00055753.doc

STIPULATION AND [PROPOSED] ORDER EXTENDING DATE TO FILE AMENDED
COMPLAINT - C-06-04669-EDL                                                                                                         - 2 -

## CERTIFICATE OF SERVICE

I hereby certify that on November 20, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on November 20, 2008.

 s/ KATHLEEN A. HERKENHOFF
KATHLEEN A. HERKENHOFF

COUGHLIN STOIA GELLER
 RUDMAN & ROBBINS LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-3301
Telephone:  619/231-1058
619/231-7423 (fax)

E-mail:Kathyh@csgrr.com

# Mailing Information for a Case 3:06-cv-04669-EDL

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Douglas John Clark**
  dclark@wsgr.com

- **Leo Patrick Cunningham**
  lcunningham@wsgr.com

- **Travis E. Downs , III**
  travisd@csgrr.com,e_file_sd@csgrr.com

- **Benny Copeline Goodman , III**
  bennyg@csgrr.com,e_file_sd@csgrr.com

- **Kathleen Ann Herkenhoff**
  kathyh@csgrr.com,e_file_sd@csgrr.com

- **Christopher R. Howald**
  chowald@wsgr.com

- **Suzanne Heald Kaplan**
  shkaplan@csgrr.com

- **Dylan James Liddiard**
  dliddiard@wsgr.com,pmarquez@wsgr.com

- **Maria V. Morris**
  mmorris@rbg-law.com

- **Marc M. Umeda**
  notice@ruflaw.com,umeda@ruflaw.com

- **Shawn A. Williams**
  shawnw@csgrr.com,travisd@csgrr.com,e_file_sf@csgrr.com,cwood@csgrr.com,e_file_sd@csgrr.com,aelishb@csgrr.

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Darren Jay Robbins
Coughlin Stoia Geller Rudman & Robbins LLP
655 West Broadway
Suite 1900
San Diego, CA 92101

Monique C. Winkler
Coughlin Stoia Geller Rudman & Robbins LLP
100 Pine Street, Suite 2600
```

San Francisco, CA 94111