UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES G. BUSSING et al, | No. C 06-04669 EDL<br>C 06-04944 EDL |
| Plaintiff(s), | C 08-02512 EDL |
| v. | **ORDER** |
| STEPHEN S. SCHWARTZ et al, | |
| Defendant(s). | |
| *And Consolidated Actions as listed* | |

This matter having been stayed pending bankruptcy proceedings, and there being no further reason at this time to maintain the file as an open one for statistical purposes, the Clerk is instructed to submit a JS-6 Form to the Administrative Office.

Nothing contained in this minute entry shall be considered a dismissal or disposition of this action and, should further proceedings in this litigation become necessary or desirable, any party may initiate it in the same manner as if this entry had not been entered.

Dated: July 15, 2011

ELIZABETH D. LAPORTE,
United States Magistrate Judge