UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re ASYST TECHNOLOGIES, INC. DERIVATIVE LITIGATION<br><br>This document relates to:<br><br>ALL ACTIONS | CASE NO.: C-06-4669-EDL<br><br>[PROPOSED] ORDER GRANTING MOTION TO DISMISS WITH PREJUDICE |

In this shareholder derivative action Plaintiff Scouler & Company, LLC, as the Liquidation Trustee of the Asyst Technologies Liquidation Trust, the assignee and/or transferee of the claims belonging to former nominal defendant Asyst Technologies, Inc., and all the Defendants have entered into a settlement agreement.  On September 30, 2011 the Plaintiff Scouler & Company, LLC and the Defendants filed a Motion to Dismiss with Prejudice the Second Amended Consolidated Verified Shareholder Derivative Complaint filed by former plaintiff Andrew Anthony Allison.

For the reasons stated above, the Motion to Dismiss with Prejudice the Second Amended Consolidated Verified Shareholder Derivative Complaint filed by Plaintiff Scouler & Company, LLC and the Defendants is granted.

**IT IS SO ORDERED**.

Dated: November 2, 2011

*Elizabeth D. Laporte*
ELIZABETH D. LAPORTE
United States Magistrate Judge